UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BRIDGETT L. NORRIS #455892,**

        Petitioner,

                                    Case No.  05-60126

v

                                    JUDGE JOHN CORBETT O'MEARA

**SUSAN DAVIS,**

        Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE KOMIVES REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation in this case, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED.**

                            s/John Corbett O'Meara
                            John Corbett O'Meara
                            United States District Judge

Dated:  May 3, 2006

Copies:

**Bridgett Norris**
455892
Huron Valley Complex - Women's
3511 Bemis Road
Ypsilanti, MI 48197

**Henry C. Zavislak**
Jackson County Prosecutor's Office
312 S. Jackson Street
Jackson, MI 49201-2220